UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

(202) 354-3230

March 6, 2014

Let this be filed
ESH
3/7/14

Ms. Nadra Dunbar
7617 Blanford Drive
Fort Washington, MD 20744

FILED
MAR - 7 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**Re: Civil Action No. 13-0872**

Dear Ms. Dunbar:

The Court has received your letter and attachments dated Mach 1, 2014. It is inappropriate to mail correspondence regarding your case directly to a judge. *See* Local Civil Rule 5.1(b). Moreover, it is inappropriate for the Court to accept evidence beyond the scope of your original complaint at this time. The Court therefore is returning your submission.

Future submissions that you wish to file with the Court must be submitted through the Clerk's Office in accordance with Local Civil Rule 5.1.

Sincerely,

Law Clerk to
Judge Ellen Segal Huvelle

cc: Robert N. Englund (U.S. Attorney)