Re: Activity in Case 1:13-cv-00872-TSC DUNBAR v. PEOPLES et al Order on Motion to Amend/Correct

LEAVE TO FILE GRANTED

Nadra Milan-dunbar
to:
[redacted]
04/24/2015 08:01 PM
Hide Details
From: Nadra Milan-dunbar <nmilandunbar@yahoo.com>
To: "[redacted]" [redacted]
Please respond to Nadra Milan-dunbar <nmilandunbar@yahoo.com>
History: This message has been forwarded.

Please note that some statements in this notice are inaccurate and mischaracterized the hearing event. Note that neither Nicholas Englund (NHTSA), nor Rafique Anderson (DOJ) were present. Unlike the untrue statement above stated, I did not file a second leave based on my termination on November 25, 2013, but rather on correcting the amendment to include Anthony J. Foxx, Secretary of Transportation as primary defendant, et al with named defendants Darlene Peoples and Anna Williams. I also included the attachments and documents in my motion for this correction, but it was returned to me. The Court did not act upon this action and now waited until a hearing was called on April 23, 2015 to address -- which was not addressed as requested. Hence, I received this notification via email . This is of course after still awaiting the M.S.P.B. Hearing appeal results that was scheduled in January 13, 2015, after being filed on August 18, 2014 --so much for 120 day turn around. Thus, it appears like continue kangaroo court -- with DOJ to dismiss my case. So much for my life being ruin, or my child's. I see there is No justice.... Tell them that, hecker!

On Thursday, April 23, 2015 12 50 PM, "[redacted] wrote

----- Forwarded by [redacted]/DCD/DC/USCOURTS on 04/23/2015 12 49 PM -----

From DCD_ECFNotice@dcd uscourts gov
To DCD_ECFNotice@dcd uscourts gov
Date 04/23/2015 12 37 PM
Subject Activity in Case 1 13-cv-00872-TSC DUNBAR v. PEOPLES et al Order on Motion to Amend/Correct

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by**

**law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**
**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 4/23/2015 at 12:36 PM and filed on 4/23/2015

| | |
|---|---|
| **Case Name:** | DUNBAR v. PEOPLES et al |
| **Case Number:** | 1:13-cv-00872-TSC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER: Defendants' [12] motion to dismiss the complaint or in the alternative for summary judgment is GRANTED to the extent it sought dismissal of claims against Anna P. Williams and Darlene F. Peoples and is DENIED, without prejudice to renewal, as to all remaining bases. The Clerk of Court is directed to amend the caption in this case to reflect a single defendant: Anthony Foxx, Secretary of Transportation. Plaintiff's [27] motion for leave to file a second amended complaint concerning her termination from the Department of Transportation is DENIED as moot in light of Plaintiff's intention to file a third amended complaint. Plaintiff shall file a Third Amended Complaint not later than Thursday, April 30, 2015. The Third Amended Complaint must include all claims Plaintiff intends to bring in this suit. Further amendments to the Complaint will not be permitted. Additionally, Plaintiff shall file a copy of the Third Amended Complaint which indicates, through redline or highlighting, the changes from her first amended complaint dated December 13, 2013. Plaintiff shall also indicate the legal basis for each claim she raises in the Third Amended Complaint. Not later than May 14, 2015 Defendant shall file a motion to dismiss the Third Amended Complaint, which may rest on or supplement the previously filed motion [12] as necessary. Plaintiff shall file a response to that motion not later than June 1, 2015. Plaintiff is reminded that failure to respond to a dispositive motion may result in the court granting the motion and dismissing the case. See Order, March 14, 2014 (ECF No. [15]). Defendant may file a reply not later than June 8, 2015. Any renewed motion to dismiss shall address, in addition to any other issues raised by Defendant, the Court's jurisdiction to hear claims related to Plaintiff's termination from the Department of Transportation, given the pending challenge to that termination before the MSPB. The parties should also address the status of Plaintiff's second EEOC charge. Plaintiff is reminded that she shall not make filings other than those specified in this order without leave of the Court. The parties should take note of the differences between this order and the procedures discussed on the record at the hearing on April 23, 2015. To the extent there is any conflict, the dates and procedures in this order are controlling over statements on the record. The Clerk of Court shall mail and email a copy of this order to Plaintiff. Signed by Judge Tanya S. Chutkan on 4/23/15. (lctsc3)**

**1:13-cv-00872-TSC Notice has been electronically mailed to:**

Peter Rolf Maier peter.maier2@usdoj.gov

Rafique Omar Anderson rafique.anderson@usdoj.gov

**1:13-cv-00872-TSC Notice will be delivered by other means to::**

NADRA DUNBAR
7617 Blanford Drive
Fort Washington, MD 20744